NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEAH STEEL CORP.,**

*Plaintiff-Appellant*

**HUSTEEL CO., LTD., NEXTEEL CO., LTD., AJU BESTEEL CO., LTD., ILJIN STEEL CORPORATION, HYUNDAI STEEL COMPANY,**

*Plaintiffs*

v.

**UNITED STATES, UNITED STATES STEEL CORPORATION, VALLOUREC STAR, L.P., WELDED TUBE USA INC.,**

*Defendants-Appellees*

**MAVERICK TUBE CORP., TENARIS BAY CITY, INC., IPSCO TUBULARS INC.,**

*Defendants*

---

2023-1657

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00086-JCG, 1:19-cv-00091-JCG, 1:19-cv-00092-JCG, 1:19-cv-00100-JCG, 1:19-cv-00101-JCG, Judge Jennifer Choe-Groves.

---

2                                    SEAH STEEL CORP. V. US

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>May 9, 2023</u>
    Date                          <u>/s/ Peter R. Marksteiner</u>
                                   Peter R. Marksteiner
                                   Clerk of Court

**ISSUED AS A MANDATE:** May 9, 2023